Exhibit A

Loans for Patricia A. Stokes,
MOHELA servicer – Loan Group Number 5029  3504 xxx xxx
Loans held by Navient, Corp.

| Loan ID | Original Amount Loaned | Interest Rate | Amount currently owed (as of 1/13/2026) | Last monthly payment amount |
|---|---|---|---|---|
| 7669 | 13500 | 8.5 | 27,005 | 213 |
| 7677 | 13500 | 13.5 | 51,239 | 541 |
| 7685 | 13500 | 9.00 | 26,262 | 211 |
| 7693 | 18500 | 10.00 | 39,280 | 338 |
| 7701 | 18500 | 10.00 | 36,006 | 310 |
| 7719 | 30000 | 10.00 | 53,070 | 458 |
| | | | | |
| | 107,500 | | 232,862 | 2,071 |

This information was taken from Patria Ann Stokes' credit report that was pulled January 13, 2026 as well as a statement from her loan servicer for the amounts due as of June, 2025.