

Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

May 18, 2026



**FILED**

MAY **2 2** 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Amy Clark-Downing
Ciment Law Firm
400 E Weatherford St.
77494-6821
Fort Worth, TX 76102

Re:    Patricia Stokes
        **Adversary Proceeding  26-03045-MVL**

Dear Amy Clark-Downing:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding. The Adversary Proceeding in question pertains to the discharge of a certain private student loan(s). Please be advised that MOHELA does not own or hold any student loans on which your client, Patricia Stokes, is the obligor. Therefore, any judgment taken against MOHELA in this proceeding would have no effect on the student loan obligations.

MOHELA's current relationship to your client is that MOHELA services a private student loan(s), owned by Navient, on which your client, Patricia Stokes, is the obligor. Navient, as the owner and holder of the student loan(s), is the appropriate party to this proceeding, relative to your client's student loan(s). Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/jo

cc:    Clerk of Court
       U.S. Bankruptcy Court
       Northern District of Texas
       Earle Cabell Federal Building
       1100 Commerce St., Rm 1254
       Dallas, TX 75242



Melinda J. Maune
Legal Counsel
636.733.3700 ext. 7285
636.787.2777 fax

May 18, 2026

Clerk of Court
U.S. Bankruptcy Court
Northern District of Texas
Earle Cabell Federal Building
1100 Commerce St., Rm 1254
Dallas, TX 75242

> Re:    Patricia Stokes
> **Adversary Proceeding #: 26-03045-MVL**

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regard to the above-referenced Adversary Proceeding. Please see the enclosed letter sent to the Debtor's attorney entered in this Adversary Proceeding.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Melinda J. Maune
Legal Counsel

MJM/jo
Enclosure