Mark Stromberg TX Bar #19408830
STROMBERG STOCK
Campbell Centre I
8350 North Central Expressway, Suite 1225
Dallas, TX 75206
Telephone:  (972) 458-5353
Facsimile:  (972) 861-5339
Email:  mark@strombergstock.com
Attorneys for Navient Solutions, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankr. Case No.:  26-30438-mvl7 |
| PATRICIA ANN STOKES, | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

| | | |
|---|---|---|
| PATRICIA ANN STOKES, | ) | Adv. Proc. No.:  26-03045-mvl |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NAVIENT EDUCATION LOAN CORP. | ) | |
| and MOHELA | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN DEBT BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC AND FOR DISMISSAL OF NAVIENT AS A DEFENDANT IN THIS ADVERSARY PROCEEDING

Plaintiff, Patricia Ann Stokes ("Plaintiff"), and Navient Solutions, LLC ("NSL"), on

behalf of itself and names defendant "Navient Education Loan Corp.", by and through their

undersigned counsel, hereby stipulate as follows:

1.      On January 31, 2026, Plaintiff filed a voluntary petition for relief under Chapter 7

of the United States Bankruptcy Code.

2.     On May 8, 2026, Plaintiff filed a Complaint naming, *inter alia*, "Navient Education Loan Corp." as a Defendant, seeking a discharge of educational loan debt pursuant 11 U.S.C. §523(a)(8).

3.     Plaintiff is indebted to NSL pursuant to the applicable terms of six (6) Educational Loan Promissory Notes ("Promissory Notes") executed by Plaintiff to obtain educational loans ("Educational Loans"), initially disbursed on the following dates:  June 19, 2003, October 4, 2004, May 9, 2005, May 16, 2006, May 7, 2007, and May 5, 2008.

4.     As of the date of the filing of this adversary proceeding, there was an aggregate balance due and owing on the Educational Loans evidenced by the Promissory Note, including principal and interest, in the amount of approximately $240,425.69.

5.     The parties agree to a discharge of Plaintiff's liability on the debts due NSL, owing on the Educational Loans evidenced by the Promissory Notes referenced herein above, as included within the general discharge in Plaintiff's underlying bankruptcy case; upon the grant of a general discharge in the Plaintiff's underlying bankruptcy case, and approval of this Stipulation by the court, Plaintiff will owe no further obligation to NSL on the debt referenced herein.

6.     In exchange for the mutual covenants herein Plaintiff, and their successors and assigns, hereby waive and release NSL and any of its other affiliates, parent companies, subsidiaries, representatives, employees and related or interested persons, firms and corporations of and from any and all actions, causes of action, claims or demands, damages, costs, expenses, attorney fees incurred, compensations, and consequential damages, known or unknown, under state or federal law, arising from any alleged conduct or omission(s), or from any other thing whatsoever, arising prior to the execution of this agreement by both parties.

7.      The parties agree to the dismissal of Navient Solutions, LLC and named defendant "Navient Education Loan Corp." as Defendants in this adversary proceeding, subject to the terms of this Stipulation, upon approval of this Stipulation by the court.

8.      This Stipulation may be executed in counterparts, by facsimile and/or by electronic mail, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation between the parties.

WHEREFORE, the parties pray this Honorable Court for an Order approving this Stipulation and dismissing Navient Solutions, LLC and named defendant "Navient Education Loan Corp." as Defendants in the above-captioned adversary proceeding.

By: _____          Dated: _6/9/2026_____
Amy Beth Clark-Downing
Ciment Law Firm
400 E Weatherford St
77494-6821
Fort Worth, TX 76102
210-294-9273
Email: cpfiling@cimentlawfirm.com
Attorneys for Plaintiff


By: _Mark Stromberg_____         Dated: 06/09/2026
Mark Stromberg  TX Bar #19408830
STROMBERG STOCK
Campbell Centre I
8350 North Central Expressway, Suite 1225
Dallas, TX  75206
Telephone: (972) 458-5353
Facsimile: (972) 861-5339
Email: mark@strombergstock.com
Attorneys for Navient Solutions, LLC