**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankr. Case No.:  26-30438-mvl7 |
| PATRICIA ANN STOKES, | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

| | | |
|---|---|---|
| PATRICIA ANN STOKES, | ) | Adv. Proc. No.:  26-03045-mvl |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NAVIENT EDUCATION LOAN CORP. | ) | |
| and MOHELA | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN
DEBT BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC AND FOR
<u>DISMISSAL OF NAVIENT AS A DEFENDANT IN THIS ADVERSARY PROCEEDING</u>**

On this day, the court considered the Stipulation for Discharge of Educational Loan Debt

between Plaintiff, Patricia Ann Stokes ("Plaintiff"), and Navient Solutions, LLC ("NSL") and for

Dismissal of Navient as a Defendant in this Adversary Proceeding ("Stipulation"), and upon the

Stipulation of the parties, it is hereby

**ORDERED**, that the Stipulation is hereby approved; and it is further

**ORDERED**, that Plaintiff's liability on the educational loan debts owed to NSL, as more

fully identified in the Stipulation, are hereby rendered dischargeable upon the grant of a general

discharge in the Plaintiff's underlying bankruptcy case; and it is further

**ORDERED**, that Navient Solutions, LLC and named defendant "Navient Education

Loan Corp.", are hereby dismissed as defendants in this adversary proceeding, subject to the

terms of the Stipulation and this Order.

**# # # END OF ORDER # # #**

Prepared by:

*Mark Stromberg*
_____
Mark Stromberg  TX Bar #19408830
STROMBERG STOCK
Campbell Centre I
8350 North Central Expressway, Suite 1225
Dallas, TX  75206
Telephone: (972) 458-5353
Facsimile: (972) 861-5339
Email: mark@strombergstock.com
Attorneys for Navient Solutions, LLC


Agreed as to form and content:

_____
Amy Beth Clark-Downing
Ciment Law Firm
400 E Weatherford St
77494-6821
Fort Worth, TX 76102
210-294-9273
Email: cpfiling@cimentlawfirm.com
Attorneys for Plaintiff