

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed July 30, 2026**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankr. Case No.:  26-30438-mvl7 |
| PATRICIA ANN STOKES, | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

| | | |
|---|---|---|
| PATRICIA ANN STOKES, | ) | Adv. Proc. No.:  26-03045-mvl |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NAVIENT EDUCATION LOAN CORP. | ) | |
| and MOHELA | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN
DEBT BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC AND FOR
<u>DISMISSAL OF NAVIENT AS A DEFENDANT IN THIS ADVERSARY PROCEEDING</u>**

On this day, the court considered the Stipulation for Discharge of Educational Loan Debt

between Plaintiff, Patricia Ann Stokes ("Plaintiff"), and Navient Solutions, LLC ("NSL") and for

Dismissal of Navient as a Defendant in this Adversary Proceeding ("Stipulation"), and upon the

Stipulation of the parties, it is hereby

ORDERED, that the Stipulation is hereby approved; and it is further

ORDERED, that Plaintiff's liability on the educational loan debts owed to NSL, as more

fully identified in the Stipulation, are hereby rendered dischargeable upon the grant of a general

discharge in the Plaintiff's underlying bankruptcy case; and it is further

ORDERED, that Navient Solutions, LLC and named defendant "Navient Education

Loan Corp.", are hereby dismissed as defendants in this adversary proceeding, subject to the

terms of the Stipulation and this Order.

### # # # END OF ORDER # # #

Prepared by:

_Mark Stromberg_
Mark Stromberg  TX Bar #19408830
STROMBERG STOCK
Campbell Centre I
8350 North Central Expressway, Suite 1225
Dallas, TX  75206
Telephone: (972) 458-5353
Facsimile: (972) 861-5339
Email: mark@strombergstock.com
Attorneys for Navient Solutions, LLC


Agreed as to form and content:

_____
Amy Beth Clark-Downing
Ciment Law Firm
400 E Weatherford St
77494-6821
Fort Worth, TX 76102
210-294-9273
Email: cpfiling@cimentlawfirm.com
Attorneys for Plaintiff