United States Bankruptcy Court

Northern District of Texas

Stokes,

    Plaintiff

Navient Education Loan Corp.,

    Defendant

Adv. Proc. No. 26-03045-mvl

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: pdf001 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Melinda J. Maune, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jul 31 2026 22:25:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jul 31 2026 22:25:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 31 2026 22:25:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 31 2026 22:25:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 31 2026 22:25:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 31 2026 22:25:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 31, 2026 | Form ID: pdf001 | Total Noticed: 7 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

Amy Beth Clark-Downing

on behalf of Plaintiff Patricia Ann Stokes cpfiling@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Mark Stromberg

on behalf of Defendant Navient Education Loan Corp. mark@strombergstock.com
deanna@strombergstock.com;elise@strombergstock.com

TOTAL: 2



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 30, 2026**

_____
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankr. Case No.:  26-30438-mvl7 |
| PATRICIA ANN STOKES, | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

---

| | | |
|---|---|---|
| PATRICIA ANN STOKES, | ) | Adv. Proc. No.:  26-03045-mvl |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NAVIENT EDUCATION LOAN CORP. | ) | |
| and MOHELA | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN
DEBT BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC AND FOR
DISMISSAL OF NAVIENT AS A DEFENDANT IN THIS ADVERSARY PROCEEDING**

On this day, the court considered the Stipulation for Discharge of Educational Loan Debt

between Plaintiff, Patricia Ann Stokes ("Plaintiff"), and Navient Solutions, LLC ("NSL") and for

Dismissal of Navient as a Defendant in this Adversary Proceeding ("Stipulation"), and upon the

Stipulation of the parties, it is hereby

**ORDERED**, that the Stipulation is hereby approved; and it is further

**ORDERED**, that Plaintiff's liability on the educational loan debts owed to NSL, as more

fully identified in the Stipulation, are hereby rendered dischargeable upon the grant of a general

discharge in the Plaintiff's underlying bankruptcy case; and it is further

**ORDERED**, that Navient Solutions, LLC and named defendant "Navient Education

Loan Corp.", are hereby dismissed as defendants in this adversary proceeding, subject to the

terms of the Stipulation and this Order.

**# # # END OF ORDER # # #**

Prepared by:

*Mark Stromberg*

Mark Stromberg  TX Bar #19408830
STROMBERG STOCK
Campbell Centre I
8350 North Central Expressway, Suite 1225
Dallas, TX  75206
Telephone: (972) 458-5353
Facsimile: (972) 861-5339
Email: mark@strombergstock.com
Attorneys for Navient Solutions, LLC


Agreed as to form and content:

Amy Beth Clark-Downing
Ciment Law Firm
400 E Weatherford St
77494-6821
Fort Worth, TX 76102
210-294-9273
Email: cpfiling@cimentlawfirm.com
Attorneys for Plaintiff