**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 6, 2026**

Michelle V. Larson

**United States Bankruptcy Judge**

---

BTXN 063 (rev. 06/17)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| Patricia Ann Stokes | | § | |
| | | § | Case No.: 26−30438−mvl7 |
| | Debtor(s) | § | Chapter No.: 7 |
| Patricia Ann Stokes | | § | |
| | Plaintiff(s) | § | Adversary No.: 26−03045−mvl |
| vs. | | § | |
| MOHELA | | § | |
| | Defendant(s) | § | |

## ORDER OF DISMISSAL

After notice, this proceeding was regularly scheduled for docket call on 11/3/2026. No one appeared, and the Court is of the opinion that this proceeding should be dismissed. It is, therefore

**ORDERED** that this proceeding is hereby **DISMISSED** for want of prosecution, and all court costs are taxed against the party incurring same, and the Clerk is to mail a copy of this order to all parties making an appearance herein.

# # # End of Order # # #